IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PAZ | ) |
| | ) |
| | ) Case No. 3:11-0419 |
| v. | ) JUDGE SHARP |
| | ) |
| WELLS FARGO BANK, et al., | ) |

## ORDER

By previous Order, this case was set for a non-jury trial on **Tuesday, October 2, 2012, beginning at 9:00 a.m.,** and for a Final Pretrial Conference on **Monday, September 10, 2012, at 2:30 p.m.** All lawyers who will participate in the trial must attend the Final Pretrial Conference.

Counsel shall submit a Joint Proposed Pretrial Order to the Court by **Wednesday, September 5, 2012**. The Pretrial Order shall contain: (1) a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings; (2) a statement of the basis for jurisdiction in this Court; (3) a short summary of the Plaintiff's theory (no more than one page); (4) a short summary of the Defendant's theory (no more than one page); (5) a statement of the issues; (6) a succinct statement of the relief sought; (7) a summary of any anticipated evidentiary disputes; and (8) an estimate of the anticipated length of the trial.

The parties shall also file by **Wednesday September 5, 2012**, the following:

(1) witness lists in accordance with Fed. R. Civ. P. 26(a)(3);

(2) exhibit lists in accordance with Fed. R. Civ. P. 26(a)(3); and

(3) stipulations.

By **Monday, August 27, 2012**, the parties shall file any motions *in limine* and any motions objecting to expert testimony. Any responses to such motions shall be filed by

**Wednesday, September 5, 2021.**

Expert witness disclosures shall be made timely in accordance with Fed. R. Civ. P. 26(a)(2) or as otherwise ordered by the Court. Expert witness disclosure statements shall not be supplemented after the applicable disclosure deadline, absent leave of Court. No expert witness shall testify beyond the scope of his or her expert witness disclosure statement. The Court may exclude the testimony of an expert witness, or order other sanctions, for violation of expert witness disclosure requirements or deadlines. There shall be no rebuttal expert witnesses, absent leave of Court.

Responses to interrogatories, requests for production and requests for admissions shall be supplemented timely, if necessary, in accordance with Fed. R. Civ. P. 26(e) no later than thirty (30) days before trial, absent leave of Court. The Court may exclude evidence, or order other sanctions, for violation of a duty or deadline to supplement discovery responses.

By **Wednesday, September 5, 2012,** the parties shall file briefs on the types of damages recoverable and, for each, whether the amount is determined by the Court or the jury.

At the Final Pretrial Conference, counsel for the parties shall be prepared to:

(1)  identify and discuss undisputed facts and issues;

(2)  discuss the status of discovery;

(3)  preview proposed testimony;

(4)  discuss expert testimony;

(5)  preview proposed exhibits;

(6)  discuss motions *in limine*; and

(7)  discuss settlement.

Proposed findings of fact and conclusions of law shall be filed after the trial, as directed

by the Court.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE