UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID PAZ ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0419 |
| ) | Judge Sharp/Knowles |
| WELLS FARGO BANK, et al. ) | |

### O R D E R

Pending before the Court is a Joint Motion to Continue Trial and to Amend Scheduling Order. Docket Entry No. 22. This Motion is granted, and with permission of Judge Sharp, the trial date is continued. The following deadlines are extended as follows:

1. The discovery deadline is September 19, 2012.

2. Any discovery-related Motions shall be filed by October 3, 2012.

3. Dispositive Motions shall be due on or before October 19, 2012.

4. The bench trial is reset to **February 19, 2013, at 9:00 a.m.,** before the Honorable Kevin H. Sharp. The pretrial conference is reset to **February 1, 2013, at 2:30 p.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge