ORDER:
Motion granted in part. The discovery cutoff deadline is October 31, 2012.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID PAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 3:11-cv-0419 |
| | ) | |
| WELLS FARGO BANK and | ) | Judge Sharp |
| AMERICA'S SERVICING COMPANY, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND DISCOVERY AND TO AMEND SCHEDULING ORDER

Wells Fargo Bank and America's Servicing Company ("Defendants") respectfully move the Court for an Order to extend discovery and to amend the scheduling order. As grounds for this Motion, Defendants state as follows:

1. This matter is currently set for a non-jury trial to begin February 1, 2013. The discovery deadline is scheduled for September 19, 2012.

2. The parties have been working some time to resolve the disputes in this case, but to date, have not been able to resolve all disputes.

3. Defendants have requested a deposition from Plaintiff David Paz and are in the process of scheduling a deposition date convenient to all parties.

4. Defendants believe that additional time is needed to allow the parties sufficient opportunity to discover and prepare the matter for trial.